**ORIGINAL**

Anton N. Handal, Cal. Bar No. 113812
Pamela C. Chalk, Cal. Bar No. 216411
Gabriel G. Hedrick, Cal Bar No. 220649
**HANDAL & ASSOCIATES**
Civic Center Plaza
1200 Third Avenue, Suite 1321
San Diego, CA 92101
619.544.6400
619.696.0323 Fax

Attorneys for Plaintiff
MICHAEL MALDONADO dba HEAVY CYCLE CUSTOMS

FILED

2008 AUG -7 AM 9:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALDONADO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BELT DRIVES, LTD., a California Corporation; GMA ENGINEERING, INC., a Nebraska Corporation; WILLIAM C. GARDNER, an individual; STEVEN R. YETZKE, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. <br><br> '08 CV 1431 JM BLM <br><br> **COMPLAINT FOR PATENT INFRINGEMENT; INDUCING PATENT INFRINGEMENT; AND CONTRIBUTORY PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

**COMES NOW** Plaintiff MICHAEL MALDONADO to aver and complain against Defendants BELT DRIVES, LTD., a California Corporation; GMA ENGINEERING, INC., a Nebraska corporation; WILLIAM C. GARDNER, an individual; STEVEN R. YETZKE, an individual; and DOES 1-50, inclusive, as follows:

## NATURE OF THE ACTION

1. This is a civil action arising under the patent laws and statutes of the United States, including, but not limited to, 35 U.S.C. §§271, *et seq.* and §281. Plaintiff seeks an injunction and monetary damages for the infringement of Plaintiff Michael Maldonado's U.S. Patent No. 5,992,587.

///

- 1 -
COMPLAINT

## JURISDICTION AND VENUE

2. This court has exclusive jurisdiction over this case for patent infringement, inducing patent infringement, and contributory patent infringement, all asserted in this case under the patent laws and statutes of the United States (i.e., 35 U.S.C. §§271, *et seq.* and §281), under 28 U.S.C. §§ 1331, 1338, 2201 and 2202. This court also has jurisdiction under 28 U.S.C. §1332. Upon information and belief, venue in this judicial district is proper under 28 U.S.C. §§1391(b)(2), 1391(c), 1391(d), and 1400(b).

## PARTIES

3. Michael Maldonado, an individual, doing business as Heavy Cycle Customs ("HCC"), is a sole proprietor registered and lawfully existing under the laws of the County of Orange, State of California, with a place of business at 27111 Mission Hills Dr, San Juan Capistrano, CA 92675.

4. Upon information and belief, Defendant Belt Drives, Ltd. ("BDL") is a company registered and lawfully existing under the laws of the State of California, with an office and principal place of business located at 1559 N. Main St., Orange, CA 92865.

5. Upon information and belief, Defendant GMA Engineering ("GMA") is a company registered and lawfully existing under the laws of Nebraska, United States, with an office and principal place of business located at 13526 A Street, Omaha, Nebraska 68144. HCC is informed and believes and thereon alleges that defendant GMA is owned and/or operated by defendant BDL.

6. Upon information and belief, Defendant William C. Gardner ("Gardner") is an individual having a regular place of business at 13525 A Street, Omaha, NE 68144. Upon information and belief Gardner is, and at all relevant times was, President of GMA and is the registered agent for service of process for GMA.

7. Upon information and belief, Defendant Steven R. Yetzke ("Yetzke") is an individual having a regular place of business at 1559 N. Main St., Orange, CA 92865. Upon information and belief Gardner is, and at all relevant times was, President of BDL and is the registered agent for service of process for BDL.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

- 2 -
COMPLAINT

## PLAINTIFF'S PATENT

8.  Plaintiff is the owner of U.S. Patent No. 5,992,587 (the "'587 Patent") which was duly issued on November 30, 1999. A true and correct copy of said patent is attached hereto as Exhibit "A". The patent concerns, *inter alia*, a special belt/chain drive system that incorporates a braking system within the drive system. This system reduces weight, improves performance, and improves the aesthetics of the real wheel of a motorcycle.

9.  Upon information and belief, GMA has applied for and been granted a patent on a drive and brake system similar to that patented by HCC. This patent was wrongfully granted as it is nothing more than an immaterial variation on prior art, namely embodiments of the invention of the '587 Patent. HCC has not given permission to GMA or BDL to manufacture, import, use, offer to sell, or sell this novel drive/braking system. Despite HCC's requests to GMA to stop selling the system out of catalogs and the internet, GMA and BDL continue to manufacture, import, use, offer for sale, and/or sell the infringing products through said catalogs and/or its online store.

## COUNT I

## PATENT INFRINGEMENT

10. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 9, inclusive, as thought fully set forth herein.

11. Plaintiff is the sole owner of the '587 Patent. It has not been sold or assigned.

12. Upon information and belief, GMA and BDL are infringing or have infringed the '587 Patent, both literally and under the doctrine of equivalents, in this Judicial District and elsewhere in the United States by manufacturing and/or selling and/or offering for sale and/or importing and/or using embodiments of the invention of the '587 Patent, including without limitation, the "Inside/Out Brake Pulley."

13. Upon information and belief, Defendants had knowledge of the '587 Patent before the filing of this suit.

14. Upon information and belief, Defendants had knowledge of infringement of the '587 Patent before the filing of this suit.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

15. Upon information and belief, the infringement by Defendants has been deliberate and willful, thus warranting an increase in the damages recoverable by Plaintiff under the provisions of 35 U.S.C. §284 up to three times the amount of actual damages sustained by Plaintiff and also making this an exceptional case within the meaning of 35 U.S.C. §285.

16. Upon information and belief, the infringement of the '587 Patent is ongoing and will continue unless the Defendants are enjoined from further infringement by the Court.

17. Plaintiff has suffered damage as a result of Defendants' infringement of the '587 Patent and will continue to suffer damages unless the Defendants are enjoined by the Court from continuing to infringe the patent.

## COUNT II

### (Actively Inducing Patent Infringement)

18. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 9, inclusive, as thought fully set forth herein.

19. Upon information and belief, Defendants are manufacturing and/or selling and/or using and/or offering for sale and/or importing to persons in this Judicial District and elsewhere in the United States embodiments of the invention of the '587 Patent, including without limitation, the "Inside/Out Brake Pulley."

20. On information and belief, when Defendants make and sell and/or offer to sell to persons embodiments of the invention of the '587 Patent in this Judicial District and elsewhere in the United States, the sales are accompanied with documents, written instructions, and/or other instructions from Defendants on how to operate embodiments of the invention of the '587 Patent.

21. On information and belief, when Defendants accompany and/or accompany their sales and/or offers to sell to persons with documents, written instructions, and/or other instructions on how to operate embodiments of the invention of the '587 Patent, Defendants were and are aware that such documents, written instructions, and/or other instructions are inducing the persons to infringe the claims of the '587 Patent. On further information and belief, Defendants thereby have actively induced and/or are actively inducing the persons in this Judicial District and elsewhere in the United States to infringe the claims of the patent.

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6600
FAX: 619.696.0323

- 4 -
COMPLAINT

22. Upon information and belief, Defendants had knowledge of the '587 Patent before the filing of this suit.

23. Upon information and belief, Defendants had knowledge of inducement of the infringement of the '587 Patent before the filing of this suit.

24. Upon information and belief, the active inducement of the infringement by Defendants have been deliberate and willful, thus warranting an increase in the damages recoverable by Plaintiff under the provisions of 35 U.S.C. §284 up to three times the amount of actual damages sustained by Plaintiff and also making this an exceptional case within the meaning of 35 U.S.C. §285.

25. Upon information and belief, the active inducement of the infringement of the '587 Patent is ongoing and will continue unless the Defendants are enjoined from further infringement by the Court.

26. Plaintiff has suffered damage as a result of Defendants' active inducement of the infringement of the '587 Patent and will continue to suffer damages unless the Defendants are enjoined by the Court from continuing to actively induce infringement of the patent.

## COUNT III

### (Contributory Infringement)

27. Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 10, inclusive, as thought fully set forth herein.

28. On information and belief, the embodiments of the invention made and sold by Defendants to persons in this Judicial District and elsewhere in the United States constitute a material part of embodiments of the invention of the '587 Patent. On further information and belief, Defendants knew and know that such manufacture and sale of embodiments of the invention were and are especially made or especially adapted for use in infringement of the claims of the '587 Patent, and that the embodiments of the invention were and are not staple articles or commodities of commerce suitable for substantial non-infringing use. Accordingly, on further information and belief, Defendants have contibutorily infringed and/or are contributorily infringing, in this Judicial District and elsewhere in the United States, the claims

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

- 5 -
*COMPLAINT*

of the '587 Patent.

29. Upon information and belief, Defendants had knowledge of the '587 Patent before the filing of this suit.

30. Upon information and belief, Defendants had knowledge of the contributory infringement of the '587 Patent before the filing of this suit.

31. Upon information and belief, the contributory infringement by Defendants has been deliberate and willful, thus warranting an increase in the damages recoverable by Plaintiff under the provisions of 35 U.S.C. §284 up to three times the amount of actual damages sustained by Plaintiff and also making this an exceptional case within the meaning of 35 U.S.C. §285.

32. Upon information and belief, the contributory infringement of the '587 Patent is ongoing and will continue unless the Defendants are enjoined from further infringement by the Court.

33. Plaintiff has suffered damage as a result of Defendants' contributory infringement of the '587 Patent and will continue to suffer damages unless the Defendants are enjoined by the Court from continuing to contributorily infringe the patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. For decree and judgment against Defendants, and each of them, and all in privity with Defendants, and each of them, that the '587 Patent is valid and enforceable;

2. For decree and judgment against Defendants, and each of them, and all in privity with Defendants, and each of them, that Defendants' subsequent-in-time patent on a drive and brake system similar to that patented by Plaintiff is invalid and unenforceable in light of the prior art embodied in the '587 Patent;

3. For decree and judgment against Defendants, and each of them, and all in privity with Defendants, and each of them, that the '587 Patent is and has been infringed by Defendants and that Defendants are liable to Plaintiff as a patent infringer;

4. For decree and judgment against Defendants, and each of them, and all in privity with Defendants, and each of them, that the '587 Patent is and has been infringed by active

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

- 6 -
COMPLAINT

1  inducement of infringement by Defendants and that Defendants are liable to Plaintiff as an active
2  inducer of infringement;
3      5.    For decree and judgment against Defendants, and each of them, and all in privity
4  with Defendants, and each of them, that the '587 Patent is and has been contributorily infringed
5  by Defendants and that Defendants are liable as a contributory infringer;
6      6.    For an accounting for and an assignment of an award of profits derived by
7  Defendants, and each of them, and damages suffered by Plaintiff in consequence of the patent
8  infringement, the active inducement of patent infringement, and the contributory infringement of
9  the '587 Patent;
10     7.    For a decree and judgment against Defendants, and each of them, trebling the
11 profits derived by Defendants and damages suffered by Plaintiff pursuant to statute (*e.g.*, 35
12 U.S.C. §284);
13     8.    For a preliminarily and permanent injunction enjoining the Defendants, and each
14 of them, their officers, agents, servants, employees, and attorneys, and those persons in active
15 concert, privity, or participation with them, from further infringement and/or active inducement
16 of infringement and/or contributory infringement, in any form whatsoever, of the '587 patent;
17     9.    For the costs of this suit, reasonable attorney's fees as provided by statute (*e.g.*, 35
18 U.S.C. §285), and an assessment of interest and costs against the Defendants and each of them;
19     10.   For prejudgment interest at the maximum rate allowed by law;
20     11.   For post-judgment interest at the maximum rate allowed by law from the date of
21 the judgment until paid; and
22     12.   For such other and further relief which should appear just and equitable to this
23 Court.

24                              HANDAL & ASSOCIATES

26 Dated: August 6, 2008                    By: _____
                                              Gabriel G. Hedrick
27                                            Attorneys for Plaintiff

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all counts.

                                                    HANDAL & ASSOCIATES

Dated: August 6, 2008                By: _____
                                                   Gabriel G. Hedrick
                                                   Attorneys for Plaintiff

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MALDONADO, Michael, an individual.

**(b)** County of Residence of First Listed Plaintiff: Orange County, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Handal & Associates, 1200 Third Avenue, Suite 1321, San Diego, CA 92101, (619)544-6400

## DEFENDANTS
BELT DRIVES, LTD., a California Corporation; GMA ENGINEERING, INC., a Nebraska Corporation; et al.

County of Residence of First Listed Defendant: Orange County, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED 2008 AUG-7 AM 9:25 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

'08 CV 1431 JM BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Sections 271, et seq. and Section 281
Brief description of cause:
Patent Infringement, Inducing Patent Infringement, and Contributory Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 08/06/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 153750  AMOUNT $350.00  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

TD 08/07/08

ORIGINAL



```
           UNITED STATES
           DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

        # 153750     - MB
        * * C O P Y * *
          August 07, 2008
              09:26:07

           Civ Fil Non-Pris
   USAO #.: 08CV1431 CIVIL FILING
   Judge..: JEFFREY T MILLER
   Amount.:              $350.00 CK
   Check#.: BC16411


       Total-> $350.00


   FROM: MALDONADO, MICHAEL VS
         BELT DRIVES, ET AL
```