Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -7 AM 9:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

MICHAEL MALDONADO, an individual,
    Plaintiff.
vs
BELT DRIVES, LTD., a California Corporation; GMA ENGINEERING, INC., a Nebraska Corporation; WILLIAM C. GARDNER, an individual; STEVEN R. YETZKE, an individual; and DOES 1-50, inclusive,
    Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1431 JM BLM

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gabriel G. Hedrick
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, CA 92101

    An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY, CLERK

AUG - 7 2008
DATE

By _____, Deputy Clerk