Anton N. Handal, Cal. Bar No. 113812
Pamela C. Chalk, Cal. Bar No. 216411
Gabriel G. Hedrick, Cal Bar No. 220649
**HANDAL & ASSOCIATES**
Civic Center Plaza
1200 Third Avenue, Suite 1321
San Diego, CA 92101
619.544.6400
619.696.0323 Fax

Attorneys for Plaintiff
MICHAEL MALDONADO dba HEAVY CYCLE CUSTOMS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MALDONADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BELT DRIVES, LTD., a California Corporation; GMA ENGINEERING, INC., a Nebraska Corporation; WILLIAM C. GARDNER, an individual; STEVEN R. YETZKE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:08-cv-1431-JM-BLM<br><br>**ANSWER OF PLAINTIFF/COUNTER-DEFENDANT MICHAEL MALDONADO TO COUNTERCLAIMS OF WILLIAM C. GARDNER** |

**COMES NOW** Plaintiff/Counter-Defendant MICHAEL MALDONADO ("Maldonado") and answers the Counter Claims of Defendant/Counter-Claimant William C. Gardner. ("Counter-Claimant") as follows:

**NATURE OF THE ACTION**

1. Maldonado admits that the Counter-Claimant purports to counter claim "for a declaration of non-infringement and invalidity as to each and every patent claim of United States Patent No. 5,992,587 (hereinafter the "'587 patent"), arising under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202 and the Patent Laws of the United States 35 U.S.C. §1, *et seq.*" Maldonado denies each and every allegation of Paragraph 1 to the extent they imply any wrongdoing or liability on the part of Maldonado.



*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

**JURISDICTION AND VENUE**

2. Maldonado does not contest subject matter jurisdiction in this particular matter.

3. Maldonado does not contest personal jurisdiction in this particular matter.

4. Maldonado does not contest venue in this particular matter.

**PARTIES**

5. Upon information and belief, Maldonado admits the allegations of Paragraph 5 of the Counter Claim.

6. Maldonado admits the allegations of Paragraph 6 of the Counter Claim.

**COUNT I**

**(Declaratory Judgment of Non-Infringement)**

7. Maldonado repeats and realleges the answers and denials set forth in Paragraphs 1 through 6 as though fully set forth herein.

8. Maldonado admits the allegations of Paragraph 8 of the Counter Claim.

9. Maldonado lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Counter Claim and, on that basis, denies the same.

10. Maldonado lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Counter Claim and, on that basis, denies the same.

11. Maldonado lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Counter Claim and, on that basis, denies the same.

**COUNT II**

**(Declaratory Judgment of Invalidity)**

12. Maldonado repeats and realleges the answers and denials set forth in Paragraphs 1 through 11 as though fully set forth herein.

13. Maldonado admits the allegations contained in Paragraph 13 of the Counter Claim.

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

14. Maldonado denies each and every allegation contained in Paragraph 14 of the Counter-Claim.

15. Maldonado lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Counter Claim and, on that basis, denies the same.

16. Maldonado lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Counter Claim and, on that basis, denies the same.

## ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF

Maldonado denies Counter Claimant is entitled to the relief requested under Paragraphs A through G contained in the Prayer for Relief, or any relief whatsoever based on the allegations in the Counter Claim. Maldonado alleges that he presently lacks sufficient knowledge or information upon which to ascertain whether as yet unstated affirmative defenses are available. Maldonado reserves the right to assert additional defenses ascertained by further investigation and discovery.

## AFFIRMATIVE DEFENSES TO COUNTER CLAIMS

As for his affirmative defenses, Maldonado alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

**(Intervening Rights)**

1. As a First Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part, by intervening rights under 35 U.S.C. § 252.

### SECOND AFFIRMATIVE DEFENSE

**(Failure to State a Claim for Relief as to all Claims)**

2. As a Second Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part, because the claims alleged fail to set forth sufficient facts to constitute a claim upon which relief may be granted.

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

**THIRD AFFIRMATIVE DEFENSE**

**(Laches)**

3. As a Third Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part, by the equitable doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

4. As a Fourth Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part by the equitable doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

**(Statue of Limitations)**

5. As a Fifth Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part by any and all applicable statutes of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver)**

6. As a Sixth Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part by the doctrine of waiver.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

7. As a Seventh Affirmative Defense, Maldonado alleges that the Counter Claimant's claim for relief and prayer for damages are or may be barred, in whole or in part by the equitable doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

8. As an Eighth Affirmative Defense, Maldonado alleges that he presently lacks sufficient knowledge or information upon which to ascertain whether as yet unstated affirmative defenses are available. Maldonado reserves the right to assert additional defenses

***HANDAL & ASSOCIATES***
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

ascertained by further investigation and discovery.

**WHEREFORE**, Maldonado prays that this Court dismiss the Counter Claims with prejudice, and that Maldonado be awarded his costs, attorneys' fees, and such other further relief as may be just and proper.

**HANDAL & ASSOCIATES**

s/Pamela C. Chalk

Dated: October 21, 2008 By: ______________________

Pamela C. Chalk, Esq.
pchalk@handal-law.com
Attorneys for Plaintiff
and Counter Defendant

## DEMAND FOR JURY TRIAL AS TO COUNTER CLAIMS

Plaintiff hereby demands a trial by jury on all counts of the Counter Claim.

**HANDAL & ASSOCIATES**

s/Pamela C. Chalk

Dated: October 21, 2008 By: ______________________

Pamela C. Chalk, Esq.
pchalk@handal-law.com
Attorneys for Plaintiff
and Counter Defendant

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323