# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MALDONADO, an individual, dba HEAVY CYCLE CUSTOMS,<br><br>     Plaintiff,<br><br> v.<br><br>BELT DRIVES, LTD., a California corporation; GMA ENGINEERING, INC., a Nebraska corporation; WILLIAM C. GARDNER, an individual; STEVEN R. YETZKE, an individual; and DOES 1-50, inclusive,<br><br>     Defendants.<br>_____<br>GMA ENGINEERING, INC., a Nebraska corporation; WILLIAM C. GARDNER, an individual,<br><br>     Defendants/Counter-Claimants,<br><br> v.<br><br>MICHAEL MALDONADO, an individual,<br><br>     Plaintiff/Counter-Defendant. | CASE NO. 08 CV 1431 JM (BLM<br><br>**ORDER SETTING ASIDE ENTRY OF DEFAULT AS TO DEFENDANT GARDNER**<br><br>**Doc Nos. 17 and 19** |

  This matter comes before the Court on the Joint Motion to Set Aside Entry of Default as to Defendant Gardner. This Court orders the following:

1. The Entry of Default as to Defendant William C. Gardner dated October 29, 2008 be set aside.
2. The Answer, Affirmative Defenses and Counterclaims of Defendant GMA Engineering (Doc. No. 9), accepted nunc pro tunc on October 2, 2008, be construed as an Answer, Affirmative Defenses and Counterclaims on behalf of Defendant GMA Engineering and on behalf of Defendant William C. Gardner.

**IT IS SO ORDERED.**

DATED: November 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties