1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  MICHAEL MALDONADO, an individual, dba HEAVY CYCLE CUSTOMS, | CASE NO. 08 CV 1431 JM (BLM |
| 13                          Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| 14       v. | |
| 15  BELT DRIVES, LTD., a California corporation; GMA ENGINEERING, INC., a Nebraska corporation; WILLIAM C. GARDNER, an individual; STEVEN R. YETZKE, an individual; and DOES 1-50, inclusive, | **Doc. No. 48** |
| 18                          Defendants. | |
| 19 ——————————————— | |
| 20  GMA ENGINEERING, INC., a Nebraska corporation; WILLIAM C. GARDNER, an individual, | |
| 22         Defendants/Counter-Claimants, | |
| 23       v. | |
| 24  MICHAEL MALDONADO, an individual, | |
| 25         Plaintiff/Counter-Defendant. | |

26
27
28         Pending before the court is the joint motion of Plaintiff Michael Maldonado ("Plaintiff") and Defendants GMA Engineering, Inc. and William C. Gardner ("Defendants") to continue the hearing

date on Defendants' motion for summary judgment, currently set for Friday, June 19, 2009 to Friday, July 3, 2009. For good cause showing, the court hereby **GRANTS** the joint motion. As the new date requested by the parties is a court holiday, however, the court **RESETS** the summary judgment hearing for **Thursday, July 2, 2009 at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: June 18, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge